# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HARRY DANIEL WILLETT,

   *Plaintiff*

v.

JAY INSLEE, et al.

   *Defendant*

Civil Action No. 4:14-cv-5014-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: this matter was decided by Senior Judge Edward F. Shea; the First Amended Complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted and because it seeks monetary relief from a defendant who is immune from such relief. Judgment is hereby entered against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: November 18, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*